IN THE UNITED STATES COURT OF FEDERAL CLAIM

FILED
FEB 2 7 2006
U.S. COURT OF FEDERAL CLAIMS

WELLPOINT, INC., FORMERLY ANTHEM, INC., SUCCESSOR IN INTEREST TO TRIGON HEALTHCARE, INC., & SUBSIDIARIES

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-147 T

**DISCLOSURE STATEMENT**

The Plaintiff Wellpoint, Inc. (formerly Anthem, Inc., successor in interest to Trigon Healthcare, Inc.) & Subsidiaries, through counsel, hereby provides the following disclosure statement in accordance with RCFC 7.1:

1. There is no person or entity that owns 10% or more of the stock of Wellpoint, Inc.

Dated: February 24, 2006

Respectfully submitted,

[signature]

PHILIP C. COOK

Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7491
Fax: (404) 881-7777
Counsel for Plaintiff

Of Counsel:

Michelle M. Henkel
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7633
Fax: (404) 253-8656

J. Bradford Anwyll
Alston & Bird LLP
601 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2061
Telephone: (202) 756-3300
Fax: (202) 756-3333