IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WELLPOINT, INC., FORMERLY ANTHEM, INC., SUCCESSOR IN INTEREST TO TRIGON HEALTHCARE, INC., & SUBSIDIARIES, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 06-147 T<br>(Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of W.C. Rapp attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

W.C. Rapp, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: March 14, 2006

S/William C. Rapp
W.C. RAPP
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0503
(202) 514-9440 fax