# In the United States Court of Federal Claims

No. 06-147 T

(Filed: April 17, 2006)

| | |
|---|---|
| **WELLPOINT, INC., FORMERLY ANTHEM, INC., SUCCESSOR IN INTEREST TO TRIGON HEALTHCARE, INC., SUBSIDIARIES,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

ORDER

On February 27, 2006, a Notice of Designation was mailed to the Parties informing them that pursuant to General Order No. 42A, this case has been designated as an electronic case in the court's electronic case filing (ECF) system. In the notice, the Parties were instructed to obtain an ECF account "immediately" in order to receive service of electronically filed documents. As of today, Plaintiff's counsel has failed to obtain an ECF account.

The Court hereby ORDERS Plaintiff's counsel to obtain an ECF account on or before **May 1, 2006**. The Court DIRECTS the Clerk of Court to mail a copy of this order to Plaintiff's counsel.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge