# In the United States Court of Federal Claims

No. 06-147 T
(Filed: August 21, 2006)

******************************************
*
**WELLPOINT, INC., FORMERLY** *
**ANTHEM, INC., SUCCESSOR IN INTEREST** *
**TO TRIGON HEALTHCARE, INC.,** *
**SUBSIDIARIES,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

SCHEDULING ORDER

On August 17, 2006, Plaintiff filed a motion to stay this case. Plaintiff indicates that the issues in this action are the same as the issues pending in parallel litigation filed by subsidiaries of Plaintiff in the U.S. Tax Court in July 2005. Plaintiff represents that Defendant has no objection to the motion to stay, but intends to file a response with the court.

Defendant filed its Answer in this case on June 27, 2006. On August 18, 2006, the parties' *Joint* Preliminary Status Report (JPSR) was due (and has not been filed even as of the date of this order). It has evidently taken Plaintiff a month and a half since the answer was filed to file a motion to stay, one day before the JPSR due-date, based on the similarity of issues in litigation before the Tax Court that Plaintiff acknowledges was filed more than one year ago. Especially in light of the court's Special Procedures Order, issued on April 12, 2006, directing that motions for extensions of time should be filed at least five business days before an action is due, the parties should not have presumed that they have been excused from filing the JPSR by virtue of Plaintiff's last-minute motion to stay.

Defendant shall file its response to Plaintiff's motion to stay on or before August 28, 2006, after which the court will decide on the motion to stay. Unless the motion to stay is granted, the JPSR shall still be due, but the due-date is hereby extended to September 8, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge