**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLPOINT, INC., formerly ANTHEM, INC., successor in interest to TRIGON HEALTHCARE, Inc., SUBSIDIARIES,** | ) | |
| | ) | **No. 06-147 T** |
| **Plaintiff,** | ) | **The Honorable Edward J. Damich** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**RESPONSE OF THE UNITED STATES TO PLAINTIFF'S MOTION FOR STAY**

On August 17, 2006, plaintiff filed a motion seeking to stay proceedings in the instant case pending resolution of related litigation in the United States Tax Court. The Government does not object to the granting of plaintiff's motion, and in fact concurs with plaintiff's judgment that suspension of the instant case may save both parties expensive and time-consuming activities which may well prove to be duplicative and therefore wasteful.

At the same time, however, the United States notes that when the related Tax Court litigation has been brought to a conclusion, it may well be necessary for the parties to the instant case to conduct discovery and to present matters to the court for resolution. Such proceedings could involve a trial. It is simply impossible for either party to predict what further proceedings may be necessary in this case until the related litigation is complete, and their attorneys have had

the opportunity to review the decisions rendered, and judge what is necessary. Thus, while we join with plaintiff's judgment that resolution of the related litigation will simplify resolution of the instant case, and is the appropriate and efficient way to proceed, we observe that resolution of that litigation will not necessarily entirely resolve this case.

Respectfully submitted,

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

August 22, 2006

s/ David Gustafson
Of Counsel