# In the United States Court of Federal Claims

No. 06-147 T
(Filed: February 23, 2007)

****************************************

**WELLPOINT, INC., FORMERLY ANTHEM, INC., SUCCESSOR IN INTEREST TO TRIGON HEALTHCARE, INC., SUBSIDIARIES,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

****************************************

## ORDER

On February 19, 2007, the parties filed a joint status report ("JSR") informing the Court that it is expected that the parties in *WellPoint, Inc. v. Commissioner*, No. 13585-5 (Tax Court, filed July 21, 2005) (the "Tax Court Action") will be ready for trial in Fall 2007, and recommending that the parties here file another JSR in 6 months. Accordingly, it is hereby ORDERED that the parties shall file a JSR with this Court on or before **August 31, 2007**, or within 30 days of judgment in the Tax Court Action, whichever is sooner, addressing the status of the Tax Court Action and how the parties propose to proceed here.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge