IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WELLPOINT, INC.,<br>FORMERLY ANTHEM, INC., SUCCESSOR<br>IN INTEREST TO TRIGON HEALTHCARE, INC.,<br>& SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-147 T<br><br>(Judge Damich) |

**JOINT STATUS REPORT**

THE PARTIES, pursuant to an Order of the Court dated February 23, 2007, report the status of the above-captioned case as follows:

1. By Order dated February 23, 2007, the Court ordered the parties to file a joint status report on or before August 31, 2007, or within 30 days of the judgment in *WellPoint, Inc. v. Commissioner*, No. 13585-5 (Tax Court, filed July 21, 2005) ("the Tax Court Action"), whichever is sooner.

2. The two primary issues in this case are:

(a) The disallowance of a deduction claimed under Section 162 of the Internal Revenue Code of 1986, as amended, (the "Internal Revenue Code") for a $174,844,000 settlement payment that was paid in the taxable year 1997 by Trigon Insurance Company ("Trigon") (hereinafter referred to as the "Settlement Payment Issue"); and

(b) The disallowance of deductions claimed for the taxable years 1996-2002 under Section 165 of the Internal Revenue Code for the loss of certain

intangible assets including insurance contracts, provider contracts, and employee workforce that were used in Trigon's Blue Cross and Blue Shield insurance business (hereinafter referred to as the "Intangibles Issue").

3. The Settlement Payment Issue and the Intangibles Issue are pending in the Tax Court Action.

4. The Tax Court Action is scheduled for trial on September 19, 2007.

5. The parties continue to be believe that staying this case pending the outcome of the Tax Court Action is the most time and cost efficient way to proceed.

6. The parties recommend filing an additional Joint Status Report with this Court in 6 months.

Respectfully submitted this 22nd day of August 2007.

s/Philip C. Cook
PHILIP C. COOK
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7491
Fax: (4040 881-7777
Counsel for Plaintiff

Of Counsel:

Michelle M. Henkel
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7633
Fax: (404) 253-8656

s/W. C. Rapp
W. C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: (202) 307-0503
Fax: (202) 514-9440
Email: william.c.rapp2@usdoj.gov

Richard T. Morrison
Acting Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel