# In the United States Court of Federal Claims

No. 06-147 T
(Filed: August 23, 2007)

| | |
|---|---|
| ****************************************** | |
| | * |
| **WELLPOINT, INC., FORMERLY ANTHEM, INC., SUCCESSOR IN INTEREST TO TRIGON HEALTHCARE, INC., SUBSIDIARIES,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| ****************************************** | |

## ORDER

On August 22, 2007, the parties filed a joint status report ("JSR") informing the Court that trial in *WellPoint, Inc. v. Commissioner*, No. 13585-5 (Tax Court, filed July 21, 2005) (the "Tax Court Action") is scheduled to commence on September 19, 2007, and recommending that the parties here file another JSR in 6 months. Accordingly, it is hereby ORDERED that the parties shall file a JSR with this Court on or before **February 29, 2008**, or within 30 days of judgment in the Tax Court Action, whichever is sooner, addressing the status of the Tax Court Action and how the parties propose to proceed here.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge