**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLPOINT, INC., formerly ANTHEM, INC., successor in interest to TRIGON HEALTHCARE, Inc., SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-147 T** |
| | ) | **The Honorable Edward J. Damich** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

THE PARTIES, pursuant to the Order of August 23, 2007, report the status of the above-captioned case as follows:

1. By Order of August 23, 2007, the Court ordered the parties to file a joint status report on or before February 29, 2008, or within 30 days of the judgment in WellPoint, Inc. v. Commissioner, Tax Court Docket No. 13585-05 ("the Tax Court Action"), whichever is sooner.

2. The two primary issues in this case are:

(a). The disallowance of a deduction claimed under § 162 of the Internal Revenue Code for a $174,844,000 settlement payment that was paid in the taxable year 1997 by Trigon Insurance Company; and

(b). The disallowance of deductions claimed for the taxable years 1996-2002 under § 165 of the Internal Revenue Code for the loss of certain intangible assets including

insurance contracts, provider contracts, and employee workforce that were used in Trigon's Blue Cross and Blue Shield insurance business.

3. Both of these issues are pending in the Tax Court Action.

4. The Tax Court Action was tried September 19 through September 25, 2007. Main briefs were filed by the parties on December 26, 2007, and reply briefs were filed February 8, 2008.

5. The parties to the instant case continue to believe that staying this case pending the outcome of the Tax Court Action is the most time and cost efficient way to proceed.

6. The parties recommend filing an additional Joint Status Report with this Court in six months, on or before August 29, 2008.

Respectfully submitted,

s/ Philip C. Cook
PHILIP C. COOK
*Attorney of Record*
*Alston & Bird*
*One Atlantic Center*
*1201 West Peachtree Street*
*Atlanta, GA. 30309-7491*
*Voice: (404) 881-7491*
*Fax: (404) 881-7777*
*Email: pcook@alston.com*

Attorney for Plaintiff

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

February 29, 2008

s/ David Gustafson
*Of Counsel*

Attorneys for Defendant